**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1251**

NANCY L. DOYLE,

                 Plaintiff - Appellant,

          v.

RITE AID CORPORATION,

                 Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Richard D. Bennett, District Judge.
(1:08-cv-01106-RDB)

Submitted:  January 28, 2011          Decided:  March 8, 2011

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mindy G. Farber, FARBER LEGAL, LLC, Bethesda, Maryland, for
Appellant.  James A. Rothschild, ANDERSON COE & KING, LLP,
Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nancy L. Doyle appeals the district court's order granting summary judgment in favor of Rite Aid Corporation in her employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Doyle v. Rite Aid Corp., No. 1:08-cv-01106-RDB (D. Md. Feb. 1, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED